UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE LUIS OCHOA,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-1041 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO CLARIFY TIME TO RESPOND TO COMPLAINT

Defendants respectfully move, by and through their undersigned counsel, for a clarification of the date by which Defendants shall respond to the "Civil Action Complaint" ("Complaint") filed in this action. While the docket correctly reflects that Defendants' response to the Complaint -- which alleges no claims predicated upon the Freedom of Information Act or other statute that mandates a response in a shorter period of time than the 60 days prescribed by Federal Rule of Civil Procedure 12(a)(2) -- is due within 60 days of service, the Summons in a Civil Action ("Summons") served upon the U.S. Attorney's Office incorrectly purports to require Defendants to respond within 30 days (*i.e.*, by July 25, 2008). Accordingly, Defendants file this Motion to clarify that their response to the Complaint is indeed due on August 25, 2008 -- the first business day following 60 days after service upon the U.S. Attorney's Office. Because Plaintiff is an incarcerated prisoner appearing *pro se*, defense counsel has not attempted to seek Plaintiff's position on this Motion pursuant to Local Civil Rule 7(m).

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court clarify that Defendants' currently have until and including August 25, 2008, to respond to the

- 2 -

Complaint in this action. A proposed order is attached.

Dated: July 17, 2008
       Washington, DC

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

                                            /s/
                                    BRIAN P. HUDAK
                                    Assistant United States Attorney
                                    555 4th Street, NW
                                    Washington, DC 20530
                                    (202) 514-7143

                                    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of July, 2008, a true and correct copy of the above Motion To Clarify Time To Respond To Complaint was served upon *pro se* Plaintiff Jose Luis Ochoa, by first class United States mail, postage prepaid, to:

>Jose Luis Ochoa (Reg. No. 64218-179)
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

Respectfully submitted,

      /s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE LUIS OCHOA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-1041 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Clarify Time to Respond to Complaint, and for good cause shown, it is hereby:

ORDERED that Defendants' Motion is GRANTED, and it is further

ORDERED that Defendants have through and including August 25, 2008, to respond to the Complaint in this action.

_____   _____
Date                                                    EMMET G. SULLIVAN
                                                                   United States District Judge