UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE LUIS OCHOA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 08-1041 (EGS) |

## MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendants request that the Court extend the deadline for responding to the Complaint from August 25, 2008 to September 19, 2008. Defense counsel has not attempted to consult Plaintiff, who is a prisoner proceeding *pro se*, to determine his position on this Motion because Local Civil Rule 7(m) does not require such consultation with prisoners proceeding *pro se*. The grounds for such relief are set forth below.

In this action, Plaintiff appears to assert a claim under the Privacy Act alleging that certain records allegedly maintained by Defendants contain inaccurate information regarding his immigration status -- *i.e.*, that Defendants' records allegedly reflect that Plaintiff is a "deportable alien," and thus, a "detainer" has been filed against him. Consequently, through this action Plaintiff seeks to compel Defendants to "correct" their records and remove the detainer filed against him. Plaintiff is currently a federal prisoner serving a 95 month sentence (which was issued in November 2006) stemming from a conviction on drug related charges, which is

separate and apart from any detainer allegedly placed upon Plaintiff by Defendants. *See United States v. Ochoa*, Case No. 2:02-CR-0194-001 (S.D. Tex.), Docket Entry No. 79.

On June 25, 2008, the United States Attorney's Office for the District of Columbia received Plaintiff's Complaint. Shortly thereafter undersigned counsel contacted Agency counsel to obtain information and assistance in responding to the Complaint. Specifically, Defendants have reviewed and are continuing to review relevant materials to determine if Plaintiff ever submitted an administrative Privacy Act request (which is a statutory perquisite to suit in this Court) and to examine the substance of his purported claim. While undersigned counsel and Agency counsel have been diligent in their efforts and have begun to evaluate a possible response to the Complaint, due to matters and deadlines in other pending cases, Defendants require additional time to formulate an appropriate response, which could obviate the need for further litigation in this matter. Accordingly, Defendants respectfully ask that this Court extend their time to respond to the Complaint in this action as indicated below.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants additional time to formulate an appropriate response to the Complaint would not prejudice Plaintiff and would serve the interests of the parties and the Court.

\*   \*   \*

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, September 19, 2008. A proposed order is attached.

Dated: August 25, 2008
       Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


        /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2008, a true and correct copy of the above Motion for an Enlargement of Time was served upon *pro se* Plaintiff Jose Luis Ochoa, by first class United States mail, postage prepaid, to:

> Jose Luis Ochoa (Reg. No. 64218-179)
> Rivers Correctional Institution
> P.O. Box 630
> Winton, NC 27986

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE LUIS OCHOA,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 08-1041 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, September 19, 2008, to respond to the Complaint in this action.


SIGNED:


_____                    _____
Date                                EMMET G. SULLIVAN
                                    United States District Judge